WILLIAM C. BEUSCHER, PLAINTIFF, v. BOARD OF EDUCA-
TION OF THE BOROUGH OF WALDWICK, AND GEORGE
NORDHAM, DEFENDANTS.

Submitted January 21, 1941—Decided February 7, 1941.

Before Justices BODINE and PORTER.

For the rule, *William H. J. Ely* and *C. Conrad Schneider.*

*Contra, Frank P. McCarthy.*

BODINE, J.   The defendant Board of Education seeks a
change of venue from Hudson to Bergen County.   Although
the rule authorized depositions none were taken.   No point,
however, is made that we must deny relief for lack of proof
of inconvenience.   On the record, the inconvenience to the
defendant does not seem to require a removal.

The case involves but few records.   In so far as the munici-
pal body is concerned, its members generally find employment
outside of the borough.   The convenience of municipal
employes in this case is not an issue.

The rule will be discharged.